**UNITED STATE DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 25-80106-CR-CANNON**

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**JOSE DAMIAN MARTINEZ-MURILLO,**

    Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon the Report and Recommendation issued by Magistrate Judge Ryon M. McCabe following Change of Plea Hearing [ECF No. 22].  On August 7, 2025, Magistrate Judge McCabe held a Change of Plea hearing [ECF No. 20] during which Defendant pled guilty to the sole Count of the Indictment [ECF No. 12] pursuant to a written stipulation of facts [ECF No. 21].  Magistrate Judge McCabe thereafter issued a Report recommending that the Court accept Defendant's guilty plea to the sole Count of the Indictment, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of the offense [ECF No. 12].  No objections to the Report have been filed, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report.  Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 22] is **ACCEPTED**.

2. The guilty plea entered into by Defendant **Jose Damian Martinez-Murillo** as to the sole Count of the Indictment is **ACCEPTED**.

CASE NO. 25-80106-CR-CANNON

3. Defendant **Jose Damian Martinez-Murillo** is adjudicated guilty of the sole Count of the Indictment, which charges him with, illegal reentry after removal or deportation, in violation of 8 U.S.C. § 1326(a) [ECF No. 12].

**ORDERED** in Chambers at Fort Pierce, Florida, this 27th day of August 2025.

                                          **AILEEN M. CANNON**
                                          **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record